744 A.2d 1285

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Wendell R. WYLIE, Jr., Respondent.**

Supreme Court of Pennsylvania.

Argued Feb. 1, 2000.

Decided Feb. 17, 2000.

Donna M. Snyder, Philadelphia, for Disciplinary Bd.

Samuel C. Stretton for Wendell R. Wylie, Jr.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated March 17, 1999, and following oral argument, it is hereby

ORDERED that Wendell R. Wylie, Jr., be and he is hereby suspended from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.